BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Senior Care Centers, LLC | § § § § | |
| Debtor(s) | § § | Case No.:    18−33967−sgj11<br>Chapter No.:   11 |
| Alan D. Halperin | § § | |
| Plaintiff(s) | § § | Adversary No.:   20−03181−sgj |
| vs.<br>Michael R. Luke  et al. | § § § | Civil Case No.:        21−CV−01337−E |
| Defendant(s) | § § | |
| Alan D. Halperin | § § § | |
| Plaintiff(s) | § § | |
| vs.<br>Michael R. Luke et al | § § § | |
| Defendant(s) | § § § § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

☐  One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**:
A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The
movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status
Conference.

☑  One copy of:  Report and Recommendation to the District Court. Entered 7/15/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by
a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED:  7/16/21                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/J. Blanco, Deputy Clerk