IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: SENIOR CARE CENTERS, LLC, et al., | § § | |
| Debtors, | § § § § | |
| ALAN D. HALPERIN as Unsecured Creditor Trustee, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:21-CV-1337-E (Adversary No. 20-3181) |
| MICHAEL R. LUKE, | § § § | (Bankr. No. 18-33967-sgj) |
| Defendant; Third-Party Plaintiff, | § § | |
| v. | § § § | |
| GRANITE INVESTMENT GROUP, | § § § | |
| Third-Party Defendant. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES BANKRUPTCY JUDGE

Before the Court is the Report and Recommendation (R&R) of the United States Bankruptcy Judge Stacey G.C. Jernigan dated July 15, 2021 (Doc. 2-1), recommending that this Court withdraw the reference to the bankruptcy court in the underlying adversary proceeding for the purpose of trial. No objections to the R&R were filed, and the motion to withdraw the reference is unopposed.

Having reviewed the R&R, the motion to withdraw the reference, and the pleadings and record, the Court hereby **ACCEPTS** the bankruptcy court's R&R (Doc. 2-1). Thus, the Court **GRANTS** the motion to withdraw the reference (Doc. 1-1) and **WITHDRAWS** the reference to the

bankruptcy court for the purpose of trial.

In accordance with the R&R, the Court **REFERS** all pretrial matters in this adversary proceeding to the bankruptcy court for resolution, including ruling on dispositive motions. The bankruptcy court shall certify to this Court when this case is ready for trial. Finally, the Court **ORDERS** the parties to notify this Court if at any time they settle this matter before the bankruptcy court's certification.

SO **ORDERED**; signed August 2, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE